

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,666-02

### EX PARTE SERGIO REYES CASTILLO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-4936-10-B(1) IN THE 93RD DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and unauthorized use of a motor vehicle and sentenced to imprisonment for five years and 180 days. He did not appeal his convictions.

The District Clerk forwarded the plea papers, judgments, and the trial court's findings of fact and conclusions of law in cause number CR-4936-10-B(1). But the 11.07 form forwarded with the record is a duplicate of the form filed in cause number CR-1232-14-B(1), which we denied on August 22, 2018.

Accordingly, this application is remanded to the trial court. The trial court shall order the District Clerk to forward as a supplement the 11.07 form filed in cause number CR-4936-10-B(1), if one was filed, or state whether Applicant has filed an application in the present cause or cause number CR-1232-14-B(1).

This application will be held in abeyance. A response shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: September 12, 2018

Do not publish.